**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

FAIL-SAFE, LLC,

        Plaintiff,

v.                                                   Case No. 08-CV-310

A.O. SMITH CORPORATION,

        Defendant.

**ORDER ON DISCOVERY MOTIONS HEARING AND
STIPULATION OF DISPOSITION OF DISCOVERY MOTIONS**

The Court, having presided over a hearing between the parties July 28, 2009, finds that an extension of discovery deadlines is warranted in this matter and

**IT IS HEREBY ORDERED** that:

1. Plaintiff's expert reports shall be served on or before **November 3, 2009**;

2. Defendant's expert reports shall be served on or before **December 4, 2009**;

3. Rebuttal expert reports shall be served on or before **January 4, 2010**; and

4. Discovery in this case shall close by not later than **January 13, 2010**.

All other dates in the Court's January 6, 2009 Amended Scheduling Order will remain the same.

Having also considered the parties' stipulations regarding the pending discovery motions in this case,

**IT IS FURTHER ORDERED** that Fail-Safe's Motion to Compel Rule 30(B)(6) Deposition (Docket #30), Fail-Safe's Motion to Compel Inspection Pursuant to Rule 34(A)(2) (Docket #38), Fail-Safe's Motion to Compel Disclosure of Rule 26 Documents (Docket #50), and Fail-Safe's Motion to Compel Production of Documents (Docket #51) **SHALL BE HELD IN ABEYANCE** until such time that the parties reach an agreement to moot the motions or report back to the Court for a complete hearing to resolve the matters contained in those motions.

**IT IS FURTHER ORDERED** that Fail-Safe's Motion to Compel Response to Fail-Safe's First Set of Interrogatories to Identify Witnesses (Docket #49) and Fail-Safe's Motion to Compel Discovery Responses (Docket #52) are **MOOT**.

Dated at Milwaukee, Wisconsin, this 19th day of August, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge