UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FAIL-SAFE, LLC,

           Plaintiff,                  Case No. 08-C-0310

    v.

A. O. SMITH CORPORATION,

           Defendant.

---

## DEFENDANT A.O. SMITH CORPORATION'S NOTICE OF MOTION AND *DAUBERT* MOTION TO EXCLUDE FAIL-SAFE'S CLAIM FOR FUTURE DAMAGES

Defendant A. O. Smith Corporation ("AOS"), by and through its counsel, move this Court for an order precluding Plaintiff Fail-Safe, LLC's ("FS") from presenting any testimony, opinions or argument that relates to, references or relies on future sales of the Guardian. The bases for AOS's Motion are set forth in Defendant A.O. Smith Corporation's Memorandum In Support Of Daubert Motion To Exclude Fail-Safe's Claim For Future Damages, as well as the Declaration of S. Edward Sarskas, in support.

Dated this 30th day of December, 2009.

**MICHAEL BEST & FRIEDRICH LLP**

By: <u>S/ S. Edward Sarskas</u>
    J. Donald Best
    One South Pinckney Street, Suite 700
    Madison, WI 53703-4257
    Telephone: (608) 257-3501
    Fax: (608) 283-2275
    E-mail: jdbest@michaelbest.com

    Richard H. Marschall
    S. Edward Sarskas
    Melanie J. Reichenberger
    100 East Wisconsin Avenue, Suite 3300
    Milwaukee, WI 53202-4108
    Telephone: (414) 271-6560
    Fax: (414) 277-0656
    E-mail: <u>rhmarschall@michaelbest.com</u>
        sesaarskas@michaelbest.com
        mjreichenberger@michaelbest.com

ATTORNEYS FOR DEFENDANT
A.O. SMITH CORPORATION

2