UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FAIL-SAFE, LLC,

        Plaintiff,                        Case No. 08-C-0310

v.

A. O. SMITH CORPORATION,

        Defendant.

---

**DEFENDANT A. O. SMITH CORPORATION'S MEMORANDUM
IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE
FAIL-SAFE'S CLAIM FOR FUTURE DAMAGES**

---

**FILED UNDER SEAL**
**REQUEST FOR CONFIDENTIALITY PENDING**